GILBERT ADRIAN, Respondent, *v.* IRVING UNTERMAN et al., Appellants, et al., Defendants.

Argued January 12, 1954; decided February 25, 1954.

*Samuel Masia, Archibald Palmer* and *Henry H. Zolki* for appellants.

*Joseph M. Proskauer, John B. Doyle, Eugene Eisenmann* and *Arthur H. Deibert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.